**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **T.G.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 5:24-cv-398-CHW** |
| | : | |
| **COMMISSIONER OF** | : | **Social Security Appeal** |
| **SOCIAL SECURITY** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Before the Court is an unopposed motion for an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, following this Court's order remanding the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). (Docs. 23–25, 28). It is **ORDERED** that the motion (Doc. 28) be **GRANTED**.[1]

Plaintiff asks for attorney's fees in the amount of $8,657.14 for 46.15 hours expended in litigating this case. (Doc. 28). The Commissioner does not oppose Plaintiff's request (*Id.*), the requested hours appear to be within a reasonable range, and the rate requested by Plaintiff[2] appears to comport with this Court's CPI formula established in *Hartage v. Astrue*, No. 4:09-cv-48, 2011 WL 1123401 (M.D. Ga. Mar. 24, 2011).

---

[1] Plaintiff's motion was originally filed at (Doc. 25). Following the Clerk of Court's notice of deficiency, Plaintiff refiled the motion for attorney's fees at (Doc. 28). The original motion has been administratively terminated.

[2] The rate requested by Plaintiff is $234 per hour for work performed by attorneys in 2024, $241.02 per hour for work performed by attorneys in 2025, and $134 per hour for work performed by paralegals. (Docs. 25-28).

It is accordingly **ORDERED** that Plaintiff's unopposed motion for EAJA fees (Doc. 28) be **GRANTED**, and that Plaintiff be awarded $8,657.14 in attorney's fees. This award should be made payable to Plaintiff directly. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). If, however, the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Commissioner may accept Plaintiff's assignment of EAJA attorney's fees (Doc. 28-2) and pay the awarded fees directly to Plaintiff's counsel.

**SO ORDERED**, this 20th day of February, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge