IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TAYLOR J GRIER,                          *

           Plaintiff,              *

v.                                              Case No.  5:24-cv-00398-CHW

                                *

COMMISSIONER OF SOCIAL SECURITY,

                                *

          Defendant.

                                *

## **J U D G M E N T**

Pursuant to the Order of this Court filed February 20, 2026, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $8,657.14.

This 20th day of February, 2026.

                              David W. Bunt, Clerk

                              s/  Erin Pettigrew, Deputy Clerk